# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MORRIS PARRISH, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4871 |
| | : | |
| CORRECTIONS EMERGENCY | : | |
| RESPONSE TEAM (CERT), *et al.*, | : | |
| *Defendants.* | : | |

## **ORDER**

AND NOW, this 21st day of December, 2018, upon consideration of Plaintiff Morris Parrish's Motion to Proceed *In Forma Pauperis*, (ECF No. 4), his Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED** because Parrish has paid the fees to commence this civil action and has a balance of $2,096.58 in his inmate account.

2. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

3. Parrish is given leave to file an amended complaint within thirty (30) days of the date of this Order. If Parrish files an amended complaint, he must identify all of the defendants in the caption of the amended complaint. If he does not know the identities of the defendants, he may identify them as John Doe #1, John Doe #2, etc. The amended complaint must also describe how each defendant was responsible for violating Parrish's rights, and should not rely on or refer back to the initial Complaint

to state a claim.  If Parrish cannot state a claim in light of the law set forth in the Court's Memorandum, he should not include that claim in his amended complaint. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

      4. The Clerk of Court is **DIRECTED** to send Parrish a blank form complaint to be used by a prisoner filing a civil rights action.  The Clerk of Court shall write the civil action number of this case on the form.  Parrish may use this form to file an amended complaint if he chooses to do so.

      5. If Parrish fails to file an amended complaint, his case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**