# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORRIS PARRISH,<br>    *Plaintiff*, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 18-CV-4871 |
| | : |
| CORRECTIONS EMERGENCY<br>RESPONSE TEAM (CERT), *et al.*,<br>    *Defendants*. | :<br>:<br>: |

## ORDER

AND NOW, this 12th day of April, 2019, upon consideration of Plaintiff Morris Parrish's *pro se* Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                               ***/s/ Gerald J. Pappert***
                                               **GERALD J. PAPPERT, J.**